UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: **16-62479-CIV-MARTINEZ-GOODMAN**

ROBERTO GONZALEZ,
    Plaintiff,

vs.

WILTON WINGS II, INC. d/b/a WILTON
WINGS, and THE LENDING HOUSE, INC.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Voluntary Dismissal of Defendant Wilton Wings II, Inc. d/b/a Wilton Wings without Prejudice and Voluntary Dismissal of Defendant The Lending House, Inc. with Prejudice [D.E. Nos. 8, 9]. It is:

**ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Defendant Wilton Wings II, Inc. d/b/a Wilton Wings and **DISMISSED WITH PREJUDICE** as to Defendant The Lending House, Inc. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of November, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record